

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

**FILED**

*1:19 pm, 8/21/20*

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| VERONICA LOWE and CURTIS LOWE,<br><br>         Plaintiffs,<br><br>vs.<br><br>RENNY HARVEY and DERRICK JOSEPH,<br><br>         Defendants. | Case No.  20-CV-88-F |

### ORDER GRANTING DEFENDANTS' MOTION TO CONSOLIDATE CASES

This matter comes before the Court on Defendants' Motion to Consolidate, filed on August 6, 2020. (CM/ECF Document [Doc.] 5).[1] The Court having reviewed the pleadings and being fully informed in the premises finds that these two cases should be consolidated for all purposes.

Pursuant to Federal Rule of Civil Procedure 42(a), the Court may consolidate actions involving common questions of law or fact. FED. R. CIV. P. 42(a). Here, Defendants seek to consolidate this case with a second related case pending before the Court in which Defendant Renny Harvey is a plaintiff and counter-defendant: *Harvey et al. v. Killpack Trucking, Inc.*, Case No. 1:20-CV-39-NDF (D. Wyo. 2020). Both the above-captioned case

---

[1] Plaintiffs' counsel did not respond to Defendants' multiple requests for conferral on this motion and did not file a response to the motion.

and *Harvey et al. v. Killpack Trucking, Inc.* arise from the same trucking accident and involve the same issues of law. Therefore, the Court concludes consolidation pursuant to Rule 42(a) is appropriate.

Accordingly, IT IS ORDERED the above-captioned case and the case of *Harvey et al. v. Killpack Trucking, Inc.*, Case No. 1:20-cv-00039-NDF are consolidated for all purposes. *Harvey et al. v. Killpack Trucking, Inc.*, Case No. 1:20-cv-00039-NDF shall be the lead case in which all pleadings are to be docketed until further order of this Court.

Dated this   21   day of August, 2020.

*/s/ Nancy D. Freudenthal*
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE